# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MICHAEL D. HENDERSON, | : Case No. 3:18-cv-172 |
| Plaintiff, | : District Judge Walter H. Rice<br>: Magistrate Judge Sharon L. Ovington |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion to Remand. (Doc. #10). The parties move for the entry of a judgment reversing the Commissioner's decision under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), with remand of the case to the Commissioner for further administrative proceedings.

Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and then issue a new decision.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion to Remand (Doc. #10) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' Joint Motion; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 3-15-19

Walter H. Rice
United States District Judge